F. M. TYLER, et al., *Appellants*, v. NEWMAR CORPORATION, et al., *Appellees*.

En Banc.

Decision filed August 4, 1930.

*G. P. Garrett*, for Appellants;

*Dame & Rogers* and *Quincy & Rice*, for Appellees.

PER CURIAM.—The decree herein is reversed upon the principles stated and the authorities cited in McMullen et al. v. Newmar Corporation et al. this day filed.

Reversed.

TERRELL, C. J., and WHITFIELD, STRUM and BUFORD, J. J., concur.

ELLIS, J., dissents.